| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Meyer Properties, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known) | **23-42669** |

■ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   |   | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Level 9<br>2132 Hwy A<br>Washington, MO 63090<br>Date(s) debt was incurred  **6/26**<br>Last 4 digits of account number  **6952** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **heating and cooling repairs for commercial building**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,219.00** |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,219.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 1,219.00 |

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Meyer Properties, LLC**          Case No. **23-42669**
                                Debtor(s)          Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __1__ page(s) and is true, correct and complete.

**/s/ Christy Meyer**
**Christy Meyer**/**Managing Member**
Signer/Title

Dated:    **August 4, 2023**

.

Bank of Franklin County
900 E 8th St
Washington, MO 63090

Bank of Franklin County
900 E 8th St
Washington, MO 63090

Christy Meyer
304 East Lane Dr
Washington, MO 63090

Christy Meyers
304 East Lane Dr
Washington, MO 63090

Evan P Jefferson
600 Washington Ave, ste2500
Saint Louis, MO 63101

Level 9
2132 Hwy A
Washington, MO 63090

Timothy Meyer
1708 Madison Ave
Washington, MO 63090

Timothy Meyer
1708 Madison Ave
Washington, MO 63090