IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  Meyer Properties, LLC | ) | Case No. 23-42669 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing: |
| | ) | Hearing Time and Place : |

**Memorandum to Amended Schedule E/F, Matrix and Verification of Matrix**

**COMES NOW Meyer Properties, LLC Debtor** in Chapter 7, by and through their Attorney William Ridings, and for their Memorandum states as follows:

Debtor filed an Amended Schedule E/F to add a creditor Level 9, 2132 Highway A, Washington, MO 63090, that was left off originally by mistake.  An amended matrix and verification of matrix were filed for the same reason.

Wherefore, Debtor prays this court to allow the amendments.

Dated:  August 04, 2023

/s/ Will Ridings
William Ridings, 38672MO
Attorney for Debtor
2510 S Brentwood Blvd, Ste 205
Brentwood, MO  63144
(314)968-1313, fax (314)968-1302
Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on August 04, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 04, 2023.

Meyer Properties, LLC
1752 East 5th St
Washington, MO  63090

See attached matrix                                      /s/ Will Ridings
                                                         William Ridings MO38672