Bank of Franklin County  
900 E 8th St  
Washington, MO 63090

Bank of Franklin County  
900 E 8th St  
Washington, MO 63090

Christy Meyer  
304 East Lane Dr  
Washington, MO 63090

Christy Meyers  
304 East Lane Dr  
Washington, MO 63090

Evan P Jefferson  
600 Washington Ave, ste2500  
Saint Louis, MO 63101

Level 9  
2132 Hwy A  
Washington, MO 63090

Timothy Meyer  
1708 Madison Ave  
Washington, MO 63090

Timothy Meyer  
1708 Madison Ave  
Washington, MO 63090