UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MEYER PROPERTIES, LLC, | § | CASE NO. 23-42669 |
| | § | |
| Debtor. | § | |
| | § | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Bank of Franklin County ("Bank"), through its counsel John J. Hall of Lewis Rice LLC, files this Notice of Appearance and Request for Notices in the above-styled case, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010 respectfully requests that all notices given or required to be given in these proceedings be served upon the undersigned:

> John J. Hall
> Lewis Rice LLC
> 600 Washington Ave., Suite 2500
> St. Louis, MO  63101
> Telephone:  314-444-7635
> Facsimile:   314-612-7635
> E-Mail:  jhall@lewisrice.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, the undersigned requests to be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Bank to (a) have final orders

in non-core matters entered only after *de novo* review by a District Court judge; (b) have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (c) trial by a jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to this case; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (f) any election of remedy; or (g) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Nothing herein shall be construed as a waiver of any right to a jury trial related to any claim of noticing party or a consent by noticing party to jurisdiction over it by the Bankruptcy Court.

LEWIS RICE LLC

/s/ John J. Hall
John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7635
(314) 612-7635(Fax)
E-Mail: jhall@lewisrice.com

*Attorneys for Bank of Franklin County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of August 2023, a copy of the above and foregoing was electrically filed with the United States Bankruptcy Court, Eastern District of Missouri, pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case.

/s/ John J. Hall