BANK OF FRANKLIN COUNTY
900 E 8TH ST
WASHINGTON MO 63090

July 21, 2023

MEYER PROPERTIES LLC
304 E LANE DR
WASHINGTON MO 63090-6309

Subject: PLEASE UPDATE INSURANCE INFORMATION FOR:

1752 E 5TH ST, WASHINGTON, MO 63090

Dear Meyer Properties Llc;

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy we bought is scheduled to expire. **BECAUSE HAZARD INSURANCE IS REQUIRED ON YOUR PROPERTY, WE INTEND TO MAINTAIN INSURANCE ON YOUR PROPERTY BY RENEWING OR REPLACING THE INSURANCE WE BOUGHT.**

The insurance we buy:

- **WILL COST AN ESTIMATED $2899 ANNUALLY, WHICH MAY BE SIGNIFICANTLY MORE EXPENSIVE THAN INSURANCE YOU CAN BUY YOURSELF.**
- **MAY NOT PROVIDE AS MUCH COVERAGE AS AN INSURANCE POLICY YOU BUY YOURSELF.**

If you buy hazard insurance, you should immediately provide us with your insurance information. This includes your policy number and the name, mailing address, and phone number of your insurance company or insurance agent. Please send written proof of your current hazard, homeowners, or fire policy information using one of the following options:

- Fax:   (636)239-6398
- Mail:   LOAN DEPARTMENT-BANK OF FRANKLIN COUNTY, 900 E 8TH ST, WASHINGTON, MO 63090

If you have any questions, please contact us at (636)239-6600.

Sincerely,

Loan Department



8024696                                                                                                           mfltrgenprerV2

8024696 INSURANCE TRANSMITTAL

This is to certify that the following described coverages are in force as of the effective date indicated below and will continue to be in force until cancelled.

EFFECTIVE DATE: 9/8/2022 12:00:00 AM  EXPIRE DATE: 9/8/2023 12:00:00 AM

MASTER POLICY #: 8024696    ACKNOWLEDGEMENT: 9/9/2022 12:00 AM EST

NAMED INSURED: MEYER PROPERTIES LLC.   POLICY NUMBER: 257920

RENEWAL OF: 250399

10019434-105
9.8.22

BANK OF FRANKLIN COUNTY
ATTN: LOAN DEPARTMENT
900 EAST EIGHTH STREET
WASHINGTON, MO 63090

LOAN NUMBER: 10019434-105

COVERAGE AMOUNT: $223,000.00

NAME OF BORROWER: MEYER PROPERTIES LLC,

MAILING ADDRESS: 304 E LANE DR

PROPERTY ADDRESS: 1752 E 5TH ST, WASHINGTON, MO 63090

PROPERTY CLASS: Commercial (Mobile Home) Occupied

ANNUAL PREMIUM: $2,899.00

DAILY PREMIUM: $7.94

APPLICABLE TAX: $0.00

TOTAL: $2,899.00

**COVERAGES:** Residential property will be covered for all risk of physical loss in accordance with the provisions of the Master Policy issued to the institution named on this transmittal. Commercial property will be covered for fire, extended coverage, vandalism and malicious mischief in accordance with the provisions of the Master Policy issued to the institution named on this transmittal.

**THIS IS NOT A HOMEOWNERS POLICY.** This insurance provides hazard protection against loss to the property from perils including fire, lightning, explosion, vandalism, smoke, volcanic eruption, sinkhole, sprinkler leakage and riot; subject to the terms and conditions of the mortgagee's policy. This coverage may not meet the mortgagor's insurance needs. There is no coverage for liability, contents or additional living expenses. There is no coverage for flood or earthquake; and windstorm and hail may be limited. In the event of a total loss, the limits provided above may not be adequate to restore the property.

**DEDUCTIBLE:** In the event of loss, this policy shall be subject to a deductible as defined in the Mortgagee's policy.

**THIS NOTICE OF INSURANCE IS FOR INFORMATION ONLY. IT NEITHER AMENDS, EXTENDS OR ALTERS THE COVERAGE AFFORDED BY THE MORTGAGEE'S POLICY WHICH IT DESCRIBES. CONSULT THE MORTGAGEE'S POLICY FOR ACTUAL TERMS AND CONDITIONS.**

**CLAIMS:**
Great American Insurance Company 49E Fourth Street Cincinnati, OH 45202 Phone # 800-280-0352

BANK OF FRANKLIN COUNTY
900 E 8TH ST
WASHINGTON MO 63090


July 21, 2022

MEYER PROPERTIES LLC
304 E LANE DR
WASHINGTON MO 63090


**Subject: PLEASE UPDATE INSURANCE INFORMATION FOR:**

**1752 E 5TH ST, WASHINGTON, MO 63090**

Dear Meyer Properties Llc;

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy we bought is scheduled to expire. **BECAUSE HAZARD INSURANCE IS REQUIRED ON YOUR PROPERTY, WE INTEND TO MAINTAIN INSURANCE ON YOUR PROPERTY BY RENEWING OR REPLACING THE INSURANCE WE BOUGHT.**

The insurance we buy:

- **WILL COST AN ESTIMATED $2899 ANNUALLY, WHICH MAY BE SIGNIFICANTLY MORE EXPENSIVE THAN INSURANCE YOU CAN BUY YOURSELF.**
- **MAY NOT PROVIDE AS MUCH COVERAGE AS AN INSURANCE POLICY YOU BUY YOURSELF.**

If you buy hazard insurance, you should immediately provide us with your insurance information. This includes your policy number and the name, mailing address, and phone number of your insurance company or insurance agent. Please send written proof of your current hazard, homeowners, or fire policy information using one of the following options:

- Fax:   **(636)239-6398**
- Mail:   **LOAN DEPARTMENT-BANK OF FRANKLIN COUNTY, 900 E 8TH ST, WASHINGTON, MO 63090**

If you have any questions, please contact us at (636)239-6600.

Sincerely,

Loan Department


8024696                                                                                                                                                                 mfltrgenprerV2

Mortgage Fire Dept.
Southeastern Underwriters, Inc.
PO BOX 15420
RICHMOND VA 23227-5420

Email: mortgageprotection@seunder.com
Phone: 800-777-1815 Ext.4108
Fax: 800-727-3452

TO:

LOAN DEPARTMENT
BANK OF FRANKLIN COUNTY
900 E 8TH ST
WASHINGTON MO 63090

Phone: (636)239-6600
Fax: (636)239-6398

## Mortgage Fire Customer Pre-renewal Letters Mailed: 07/21/2022

**Pre-renewal Letters are being sent to the listed customers today on your behalf.**

| Loan Number / Property | Customer | Coverage Amount | Effective | Premium |
|---|---|---|---|---|
| 10019434-105 | MEYER PROPERTIES LLC | | 09/08/2021 | |
| 1752 E 5TH ST, WASHINGTON, MO 63090 | | $223000 | | $2899 |

Summary Mortgage Fire Renewal Report
Policies Renewable From 08/01/2022 to 09/30/2022

08/02/2022             8024696/BANK OF FRANKLIN COUNTY             Page: 1

| Name/Collateral | Loan No. | Incept. | Expire | Bill Type | Prop Type | Coverage | Premium | Policy No. |
|---|---|---|---|---|---|---|---|---|
| MEYER PROPERTIES LLC, | 10019434-105 | 09/08/2021 | 09/08/2022 | Annual | 3 | 223,000 | 2,899.00 | 250399 |

1752 E 5TH ST, WASHINGTON, MO 63090
Mailing Address on file; 304 E LANE DR, WASHINGTON MO 63090

BANK OF FRANKLIN COUNTY
POLICY ACTIVITY PERIOD ENDING 09/30/2022
Mortgage/Fire Insurance
Master Policy No: 8024696

10/04/2022
8024696

Page: 1

## LOAN INFORMATION

| Account # Trans. # | Customer Name Property | Coverage | Incept Expire | Prop Type | A M | Billed Fr Billed To | # Days | Posted | Effective | Description | Billings | Refunds | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10019434-105 257920 | MEYER PROPERTIES LLC, 1752 E 5TH ST, WASHINGTON, MO | 223000 | 09/08/2022 09/08/2023 | 3 | A | 09/08/2022 09/08/2023 | 365 | 09/09/2022 | 09/08/2022 | Policy Issued | 2899.00 | 0.00 | 2899.00 |

## BILLING SUMMARY

| Property Type | Coverage | Percentage | Total Due | Month | Billings | Refunds | Total Due |
|---|---|---|---|---|---|---|---|
| 1. Residental-Occ. | 0 | 0.00 | 0.00 | | | | |
| 2. Residental-Vac. | 0 | 0.00 | 0.00 | AUGUST | 2,899.00 | 0.00 | 2,899.00 |
| 3. Commercial-Occ. | 223,000 | 100.00 | 2,899.00 | | | | |
| 4. Commercial-Vac. | 0 | 0.00 | 0.00 | | | | |
| | 223,000 | 100.00 | 2,899.00 | | 2,899.00 | 0.00 | 2,899.00 DUE SUI |

BANK OF FRANKLIN COUNTY
900 E 8TH ST
WASHINGTON MO 63090

100149434-105

10.25.21

September 09, 2021

MEYER PROPERTIES LLC
304 E LANE DR
WASHINGTON MO 63090

Subject: **PLEASE PROVIDE INSURANCE INFORMATION FOR:**
**1752 E 5TH ST, WASHINGTON, MO 63090**

Dear Meyer Properties Llc;

Our records show that your hazard insurance has either expired or provides insufficient coverage and we do not have evidence that you have obtained new coverage. **BECAUSE HAZARD INSURANCE IS REQUIRED ON YOUR PROPERTY, WE PLAN TO BUY INSURANCE FOR YOUR PROPERTY.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. This includes your policy number and the name, mailing address, and phone number of your insurance company or insurance agent. Please send written proof of your current hazard, homeowners, or fire policy information using one of the following options:

- Fax:   **(636)239-6398**
- Mail:  **LOAN DEPARTMENT-BANK OF FRANKLIN COUNTY, 900 E 8TH ST, WASHINGTON, MO 63090**

The insurance we buy:
- **MAY BE SIGNIFICANTLY MORE EXPENSIVE THAN THE INSURANCE YOU CAN BUY YOURSELF.**
- **MAY NOT PROVIDE AS MUCH COVERAGE AS AN INSURANCE POLICY YOU BUY YOURSELF.**

If you have any questions, please contact us at  (636)239-6600.

Sincerely,

Loan Department

8024696

mfltrgen1v2cfr

BANK OF FRANKLIN COUNTY
900 E 8TH ST
WASHINGTON MO 63090

October 11, 2021

MEYER PROPERTIES LLC
304 E LANE DR
WASHINGTON MO 63090

Subject: **SECOND AND FINAL NOTICE - PLEASE PROVIDE INSURANCE INFORMATION FOR:**
**1752 E 5TH ST, WASHINGTON, MO 63090**

Dear Meyer Properties Llc;

This is your **SECOND AND FINAL NOTICE** that our records show that your hazard insurance has either expired or provides insufficient coverage and we do not have evidence that you have obtained new coverage. **BECAUSE HAZARD INSURANCE IS REQUIRED ON YOUR PROPERTY, WE PLAN TO BUY INSURANCE FOR YOUR PROPERTY.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. This includes your policy number and the name, mailing address, and phone number of your insurance company or insurance agent. Please send written proof of your current hazard, homeowners, or fire policy information using one of the following options:

- Fax: **(636)239-6398**
- Mail: **LOAN DEPARTMENT-BANK OF FRANKLIN COUNTY, 900 E 8TH ST, WASHINGTON, MO 63090**

The insurance we buy:

- **WILL COST AN ESTIMATED $2899 ANNUALLY, WHICH MAY BE SIGNIFICANTLY MORE EXPENSIVE THAN INSURANCE YOU CAN BUY YOURSELF.**
- **MAY NOT PROVIDE AS MUCH COVERAGE AS AN INSURANCE POLICY YOU BUY YOURSELF.**

If you have any questions, please contact us at (636)239-6600.

Sincerely,

Loan Department

8024696

mfltrgen2v2cfr

8024696                                        INSURANCE TRANSMITTAL

This is to certify that the following described coverages are in force as of the effective date indicated below and will continue to be in force until cancelled.

EFFECTIVE DATE: 9/8/2021 12:00:00 AM   EXPIRE DATE: 9/8/2022 12:00:00 AM

MASTER POLICY #: 8024696          ACKNOWLEDGEMENT: 9/8/2021 12:00 AM EST

NAMED INSURED: MEYER PROPERTIES LLC,

> BANK OF FRANKLIN COUNTY
> ATTN: LOAN DEPARTMENT
> 900 EAST EIGHTH STREET
> WASHINGTON, MO 63090

LOAN NUMBER: 10019434-105

COVERAGE AMOUNT: $223,000.00

NAME OF BORROWER: MEYER PROPERTIES LLC,

MAILING ADDRESS: 304 E LANE DR

PROPERTY ADDRESS: 1752 E 5TH ST, WASHINGTON, MO 63090

PROPERTY CLASS:  Commercial Occupied OR Mobile Home Secured with Land

ANNUAL PREMIUM: $2,899.00

DAILY PREMIUM: $7.94

APPLICABLE TAX: $0.00

TOTAL: $2,899.00

**COVERAGES:** Residential property will be covered for all risk of physical loss in accordance with the provisions of the Master Policy issued to the institution named on this transmittal. Commercial property will be covered for fire, extended coverage, vandalism and malicious mischief in accordance with the provisions of the Master Policy issued to the institution named on this transmittal.

**THIS IS NOT A HOMEOWNERS POLICY.** This insurance provides hazard protection against loss to the property from perils including fire, lightning, explosion, vandalism, smoke, volcanic eruption, sinkhole, sprinkler leakage and riot; subject to the terms and conditions of the mortgagee's policy. This coverage may not meet the mortgagor's insurance needs. There is no coverage for liability, contents or additional living expenses. There is no coverage for flood or earthquake; and windstorm and hail may be limited. In the event of a total loss, the limits provided above may not be adequate to restore the property.

**DEDUCTIBLE:** In the event of loss, this policy shall be subject to a deductible as defined in the Mortgagee's policy.

**THIS NOTICE OF INSURANCE IS FOR INFORMATION ONLY. IT NEITHER AMENDS, EXTENDS OR ALTERS THE COVERAGE AFFORDED BY THE MORTGAGEE'S POLICY WHICH IT DESCRIBES. CONSULT THE MORTGAGEE'S POLICY FOR ACTUAL TERMS AND CONDITIONS.**

**CLAIMS:**
Great American Insurance Company 49E Fourth Street Cincinnati, OH 45202 Phone # 800-280-0352