UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| **MEYER PROPERTIES, LLC,** | § § § | |
| Debtor. | § | CASE NO. 23-42669 |
| **Bank of Franklin County** | § § | |
| Movant, | § § | Hearing Date: September 11, 2023<br>Hearing Time: 10:00 a.m. |
| vs. | § § | Hearing Location: Courtroom 7 North<br>Objections Due: September 11, 2023 |
| Meyer Properties, LLC, | § § | |
| Respondent. | § § | |

### BANK OF FRANKLIN COUNTY'S MOTION FOR EXPEDITED HEARING ON ITS MOTION FOR RELIEF FROM AUTOMATIC STAY AND AN ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY

COMES NOW Bank of Franklin County ("BOFC"), a financial institution chartered in the State of Missouri, by and through its undersigned counsel, and for its Motion for Expedited Hearing, states as follows:

1. On July 31, 2023 (the "Petition Date"), Meyer Properties, LLC ("Meyer Properties") filed a chapter 7 Voluntary Petition for Non-Individuals Filing for Bankruptcy ("Petition"). (Dkt. 1.)

2. BOFC has filed a Motion for Relief from Automatic Stay and An Order Compelling Trustee to Abandon Property ("Motion for Relief"), filed concurrently herewith.

3. Good cause exists to hear the Motion for Relief on an expedited basis pursuant to applicable law, including Local Rule 013-2(C), which provides that an expedited hearing on a

motion for relief from stay is appropriate where the movant alleges: (i) lack of insurance on the subject collateral; (ii) pendency of a published or scheduled foreclosure; or (iii) other good cause.

4.      As set forth in BOFC's Motion for Relief, the Property (as defined in the Motion), is not adequately insured putting BOFC's security interest at substantial risk of impairment.  In addition, though no foreclosure is currently scheduled or published, BOFC had a foreclosure sale scheduled for July 31, 2023 which was halted due to Meyer Properties filing the instant bankruptcy the same day.  Further, the Property has no benefit to the Estate and the Trustee should not be required to bear the risk of maintaining and/or operating the Property.  Moreover, Meyer Properties is currently receiving rental income from the Property that BOFC has a security interest in.  Finally, there is no pending reorganization in this matter.  Thus, an expedited hearing is appropriate.

5.      Accordingly, BOFC seeks a hearing on Monday, September 11, 2023 at 10:00 a.m. with respect to its Motion for Relief.

WHEREFORE, BOFC respectfully requests that this Court hear and consider the Motion for Relief on Monday, September 11, 2023 at 10:00 a.m., and for such other and further relief as the Court deems just and proper.

**LEWIS RICE LLC**

　　　/s/ John J. Hall　　　
John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7635
(314) 612-7635(Fax)
E-Mail: jhall@lewisrice.com

*Attorneys for Bank of Franklin County*

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of August 2023, a copy of the above and foregoing was electrically filed with the United States Bankruptcy Court, Eastern District of Missouri, pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case. In addition, the undersigned has served a copy of the foregoing via U.S. mail on the parties listed below:

Bank of Franklin County
900 E. 8th Street
Washington, MO 63090

Christy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
1708 Madison Avenue
Washington, MO 63090

Will H. Ridings
2510 S. Brentwood, Blvd., Ste. 205
St. Louis, MO 63144

Level 9
2132 Hwy A
Washington, MO 63090

Office of U.S. Trustee
111 S. Tenth Street, Suite 6.353
St. Louis, MO 63102-1127

David A. Sosne
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131

Meyer Properties, LLC
304 E. Lane Drive
Washington, MO 63090

*Attorney for Debtor*

/s/ John J. Hall