UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MEYER PROPERTIES, LLC, | § | CASE NO. 23-42669 |
| | § | |
| Debtor. | § | Hearing Date: September 11, 2023 |
| | § | Hearing Time: 10:00 a.m. |
| | § | Hearing Location: Courtroom 7 North |
| | § | Objections Due: September 11, 2023 |

**NOTICE OF HEARING ON (I) MOTION FOR RELIEF FROM AUTOMATIC STAY AND AN ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY, AND (II) MOTION TO EXPEDITE HEARING**

**WARNING: EACH OF THE MOTIONS DESCRIBED IN THIS NOTICE SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE ANY OF THE MOTIONS, YOU SHOULD IMMEDIATELY CONTACT THE UNDERSIGNED TO RESOLVE THE DISPUTE. IF YOU AND THE UNDERSIGNED CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE UNDERSIGNED.**

**YOU MUST FILE AND SERVE YOUR RESPONSE BY SEPTEMBER 11, 2023.**

**YOUR RESPONSE MUST STATE WHY THE APPLICABLE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, EACH OF THE MOTIONS MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTIONS AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTIONS AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

PLEASE TAKE NOTICE that the following Motions filed by creditor Bank of Franklin County:

(i) Motion for Relief From Automatic Stay and An Order Compelling Trustee to Abandon Property; and

(ii) Motion to Expedite Hearing on Motion for Relief From Automatic Stay and An Order Compelling Trustee to Abandon Property

have been scheduled for hearing in the above-captioned case on **Monday, September 11, 2023, at 10:00 a.m. in Courtroom 7 North at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 7th Floor, St. Louis, Missouri 63102**, or as soon thereafter as the matters may be heard. Copies of the above-mentioned documents are enclosed with this notice and are available upon request.

LEWIS RICE LLC

/s/ John J. Hall
John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7635
(314) 612-7635(Fax)
E-Mail: jhall@lewisrice.com

*Attorneys for Bank of Franklin County*

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 30th day of August 2023, a copy of the above and foregoing was electrically filed with the United States Bankruptcy Court, Eastern District of Missouri, pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case. In addition, the undersigned has served a copy of the foregoing via U.S. mail on the parties listed below:

Bank of Franklin County
900 E. 8th Street
Washington, MO 63090

Christy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
1708 Madison Avenue
Washington, MO 63090

Will H. Ridings
2510 S. Brentwood, Blvd., Ste. 205
St. Louis, MO 63144

Level 9
2132 Hwy A
Washington, MO 63090

Office of U.S. Trustee
111 S. Tenth Street, Suite 6.353
St. Louis, MO 63102-1127

David A. Sosne
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131

Meyer Properties, LLC
304 E. Lane Drive
Washington, MO 63090

*Attorney for Debtor*

                                              /s/ John J. Hall