UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOUR
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-42669-659 |
| | ) | Honorable Kathy Surratt-States |
| MEYER PROPERTIES, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| Bank of Franklin County | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hearing Date: September 11, 2023 |
| Meyer Properties, LLC, | ) | Hearing Time: 10:00 a.m. |
| | ) | |
| Respondent. | ) | |

**RESPONSE TO MOTION FOR RELIEF FROM STAY (NO OPPOSITION)**

COMES NOW David A. Sosne, Chapter 7 Trustee herein, and states that he has no opposition to the Motion for Relief from Stay Filed by Bank of Franklin County as to stay relief and compelling the abandonment of the property in question.

        Respectfully Submitted,
        SUMMERS COMPTON WELLS LLC

Date: September 5, 2023      By: /s/ David A. Sosne
        DAVID A. SOSNE #28365MO
        903 S. Lindbergh Blvd, Suite 200
        St. Louis, MO 63131
        (314) 991-4999/(314) 991-2413 Fax
        dastrustee@summercomptonwells.com
        Chapter 7 Trustee

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on September 5, 2023 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List. I further certify that a true and correct copy of the foregoing document has also been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed below on September 5, 2023.

| | |
|---|---|
| Bank of Franklin County<br>900 E 8th Street<br>Washington, MO 63090 | Level 9<br>2132 Hwy A<br>Washington, MO 63090 |
| Christy Meyer<br>304 E. Lane Drive<br>Washington, MO 63090 | Office of the US Trustee<br>111 S. Tenth Street, Suite 6.353<br>St. Louis, MO 63102-1127 |
| Timothy Meyer<br>304 E. Lane Drive<br>Washington, MO 63090 | Timothy Meyer<br>1708 Madison Avenue<br>Washington, MO 63090 |
| Meyer Properties LLC<br>304 E. Lane Drive<br>Washington, MO 63090 | Will H. Ridings<br>2510 S. Brentwood Blvd, Suite 205<br>St. Louis, MO 63144 |
| John J. Hall<br>600 Washington Avenue Suite 2500<br>St. Louis, MO 63101 | |

/s/ Christina Hauck

887478-1          2