UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **MEYER PROPERTIES, LLC,** | § | **CASE NO. 23-42669-659** |
| | § | #11                    9/11 |
| Debtor. | § | |
| | § | |

### ORDER GRANTING BANK OF FRANKLIN COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND AN ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY

This matter having come before the Court on the Motion for Relief From Automatic Stay and An Order Compelling Trustee to Abandon Property ("Motion") of Bank of Franklin County ("BOFC"). A hearing on the Motion was held on September 11, 2023.

The Court, having read and considered the Motion and the responses, having heard the announcements of the parties at the hearing on this matter, and the Court having determined cause exists to grant the relief described below, enters the following Order:

1. The Motion is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is modified as to BOFC's interest in that certain real property described as:

> Lots Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11) and a strip of ground of the uniform width of 10-1/2 feet off the East side of Lot Five (5) of Block Three (3) of (Seals) EAST END ADDITION to the City of Washington, as per plat of record in Plat Book C Page 91 in the office of the Recorder of Deeds.

And more commonly known as 1752 E. 5th Street, Washington, Missouri 63090 (the "Property").

3. That this Order granting relief from stay is entered for the purpose of allowing BOFC to take any and all steps necessary to exercise any and all rights it may have in the Property, including proceeding through the conclusion of a foreclosure action.

4. Further, pursuant to 11 U.S.C. § 554(b), the Trustee is hereby ordered to abandon the Property.

**IT IS SO ORDERED.**

*/s/ Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 11, 2023
St. Louis, Missouri 63102
jjh

2

Order prepared by:

John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-1317
(314) 612-1317 (fax)

Parties to be served with Order:

| | |
|---|---|
| Bank of Franklin County<br>900 E. 8th Street<br>Washington, MO 63090 | Level 9<br>2132 Hwy A<br>Washington, MO 63090 |
| Christy Meyer<br>304 E. Lane Drive<br>Washington, MO 63090 | Office of U.S. Trustee<br>111 S. Tenth Street, Suite 6.353<br>St. Louis, MO 63102-1127 |
| Timothy Meyer<br>304 E. Lane Drive<br>Washington, MO 63090 | David A. Sosne<br>903 S. Lindbergh Blvd., Suite 200<br>St. Louis, MO 63131 |
| Timothy Meyer<br>1708 Madison Avenue<br>Washington, MO 63090 | Meyer Properties, LLC<br>304 E. Lane Drive<br>Washington, MO 63090 |
| Will H. Ridings<br>2510 S. Brentwood, Blvd., Ste. 205<br>St. Louis, MO 63144 | |