UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MEYER PROPERTIES, LLC, | § | CASE NO. 23-42669-659 |
| | § | #13              9/11 |
| Debtor. | § | |
| | § | |

### ORDER ON BANK OF FRANKLIN COUNTY'S MOTION TO EXPEDITE HEARING

This matter having come before the Court on the Motion of Bank of Franklin County ("BOFC") for Expedited Hearing ("Motion for Expedited Hearing") on its Motion for Relief From Automatic Stay and An Order Compelling Trustee to Abandon Property ("Motion for Relief"); and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion for Expedited Hearing is **GRANTED**.

2. The Motion for Relief will be heard and considered by the Court on September 11, 2023 at 10:00 a.m., in the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102, Courtroom 7 North.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 11, 2023
St. Louis, Missouri 63102
jjh

Order prepared by:

John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-1317
(314) 612-1317 (fax)

Parties to be served with Order:

Bank of Franklin County
900 E. 8th Street
Washington, MO 63090

Christy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
1708 Madison Avenue
Washington, MO 63090

Will H. Ridings
2510 S. Brentwood, Blvd., Ste. 205
St. Louis, MO 63144

Level 9
2132 Hwy A
Washington, MO 63090

Office of U.S. Trustee
111 S. Tenth Street, Suite 6.353
St. Louis, MO 63102-1127

David A. Sosne
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131

Meyer Properties, LLC
304 E. Lane Drive
Washington, MO 63090