UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| MEYER PROPERTIES, LLC, | § § § § | CASE NO. 23-42669-659<br>#11                                9/11 |
| Debtor. | § § | |

### ORDER GRANTING BANK OF FRANKLIN COUNTY'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND AN ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY

This matter having come before the Court on the Motion for Relief From Automatic Stay and An Order Compelling Trustee to Abandon Property ("Motion") of Bank of Franklin County ("BOFC"). A hearing on the Motion was held on September 11, 2023.

The Court, having read and considered the Motion and the responses, having heard the announcements of the parties at the hearing on this matter, and the Court having determined cause exists to grant the relief described below, enters the following Order:

1. The Motion is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is modified as to BOFC's interest in that certain real property described as:

> Lots Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11) and a strip of ground of the uniform width of 10-1/2 feet off the East side of Lot Five (5) of Block Three (3) of (Seals) EAST END ADDITION to the City of Washington, as per plat of record in Plat Book C Page 91 in the office of the Recorder of Deeds.

And more commonly known as 1752 E. 5th Street, Washington, Missouri 63090 (the "Property").

3. That this Order granting relief from stay is entered for the purpose of allowing BOFC to take any and all steps necessary to exercise any and all rights it may have in the Property, including proceeding through the conclusion of a foreclosure action.

4. Further, pursuant to 11 U.S.C. § 554(b), the Trustee is hereby ordered to abandon the Property.

**IT IS SO ORDERED.**

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  September 11, 2023
St. Louis, Missouri 63102
jjh

Order prepared by:

John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-1317
(314) 612-1317 (fax)

Parties to be served with Order:

| | |
|---|---|
| Bank of Franklin County<br>900 E. 8th Street<br>Washington, MO 63090 | Level 9<br>2132 Hwy A<br>Washington, MO 63090 |
| Christy Meyer<br>304 E. Lane Drive<br>Washington, MO 63090 | Office of U.S. Trustee<br>111 S. Tenth Street, Suite 6.353<br>St. Louis, MO 63102-1127 |
| Timothy Meyer<br>304 E. Lane Drive<br>Washington, MO 63090 | David A. Sosne<br>903 S. Lindbergh Blvd., Suite 200<br>St. Louis, MO 63131 |
| Timothy Meyer<br>1708 Madison Avenue<br>Washington, MO 63090 | Meyer Properties, LLC<br>304 E. Lane Drive<br>Washington, MO 63090 |
| Will H. Ridings<br>2510 S. Brentwood, Blvd., Ste. 205<br>St. Louis, MO 63144 | |

United States Bankruptcy Court

Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-42669-kss |
| Meyer Properties, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdfo1 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meyer Properties, LLC, 1752 East 5th St, Washington, MO 63090-3426 |
| | + | Timothy Meyer, 304 E. Lane Dr., Washington, MO 63090-3432 |
| 25404751 | + | Christy Meyer, 304 East Lane Dr, Washington, MO 63090-3432 |
| 25407142 | + | Level 9, 2132 Highway A, Washington, MO 63090-6436 |
| 25404754 | + | Timothy Meyer, 1708 Madison Ave, Washington, MO 63090-4922 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25404749 | + | Email/Text: loandepartment@bankfc.com | Sep 11 2023 22:43:00 | Bank of Franklin County, 900 E 8th St, Washington, MO 63090-3114 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles W Riske | on behalf of Trustee Charles W Riske riske@cwrlaw.com MO30@ecfcbis.com |
| David A. Sosne | dastrustee@summerscomptonwells.com dsosne@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdfo1 | Total Noticed: 6 |

John J. Hall
    on behalf of Creditor Bank of Franklin County jhall@lewisrice.com  john-hall-4718@ecf.pacerpro.com

Office of US Trustee
    USTPRegion13.SL.ECF@USDOJ.gov

Sirena T Wilson
    on behalf of U.S. Trustee Office of US Trustee sirena.wilson@usdoj.gov

William H. Ridings, Jr.
    on behalf of Debtor Meyer Properties  LLC ridingslaw2003@yahoo.com

TOTAL: 6