UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| MEYER PROPERTIES, LLC, | § § § | CASE NO. 23-42669-659 |
| | § | #13           9/11 |
| Debtor. | § § § | |

### ORDER ON BANK OF FRANKLIN COUNTY'S
### MOTION TO EXPEDITE HEARING

This matter having come before the Court on the Motion of Bank of Franklin County ("BOFC") for Expedited Hearing ("Motion for Expedited Hearing") on its Motion for Relief From Automatic Stay and An Order Compelling Trustee to Abandon Property ("Motion for Relief"); and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion for Expedited Hearing is **GRANTED**.

2. The Motion for Relief will be heard and considered by the Court on September 11, 2023 at 10:00 a.m., in the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102, Courtroom 7 North.

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 11, 2023
St. Louis, Missouri 63102
jjh

Order prepared by:

John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-1317
(314) 612-1317 (fax)


Parties to be served with Order:

Bank of Franklin County
900 E. 8th Street
Washington, MO 63090

Christy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
304 E. Lane Drive
Washington, MO 63090

Timothy Meyer
1708 Madison Avenue
Washington, MO 63090

Will H. Ridings
2510 S. Brentwood, Blvd., Ste. 205
St. Louis, MO 63144

Level 9
2132 Hwy A
Washington, MO 63090

Office of U.S. Trustee
111 S. Tenth Street, Suite 6.353
St. Louis, MO 63102-1127

David A. Sosne
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131

Meyer Properties, LLC
304 E. Lane Drive
Washington, MO 63090

United States Bankruptcy Court

Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-42669-kss |
| Meyer Properties, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdfo1 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meyer Properties, LLC, 1752 East 5th St, Washington, MO 63090-3426 |
| | + | Timothy Meyer, 304 E. Lane Drive, Washington, MO 63090-3432 |
| 25404751 | + | Christy Meyer, 304 East Lane Dr, Washington, MO 63090-3432 |
| 25407142 | + | Level 9, 2132 Highway A, Washington, MO 63090-6436 |
| 25404754 | + | Timothy Meyer, 1708 Madison Ave, Washington, MO 63090-4922 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25404750 | + | Email/Text: loandepartment@bankfc.com | Sep 11 2023 22:43:00 | Bank of Franklin County, 900 E 8th St, Washington, MO 63090-3114 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2023                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles W Riske | |
| | on behalf of Trustee Charles W Riske riske@cwrlaw.com  MO30@ecfcbis.com |
| David A. Sosne | |
| | dastrustee@summerscomptonwells.com  dsosne@ecf.axosfs.com |

District/off: 0865-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 11, 2023 | Form ID: pdfo1 | Total Noticed: 6

John J. Hall
   on behalf of Creditor Bank of Franklin County jhall@lewisrice.com  john-hall-4718@ecf.pacerpro.com

Office of US Trustee
   USTPRegion13.SL.ECF@USDOJ.gov

Sirena T Wilson
   on behalf of U.S. Trustee Office of US Trustee sirena.wilson@usdoj.gov

William H. Ridings, Jr.
   on behalf of Debtor Meyer Properties  LLC ridingslaw2003@yahoo.com

TOTAL: 6